IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DREW T.M. BEERBOHM, | ) | 4:15CV3002 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| SAUNDERS COUNTY, | ) | |
| NEBRASKA, and UNKNOWN | ) | |
| GUARD, | ) | |
| | ) | |
| Defendants. | ) | |

    This matter is before the court on its own motion. The court takes judicial notice of Nebraska Department of Correctional Services public records, which show that Plaintiff has been released from incarceration. *See Stutzka v. McCarville*, 420 F.3d 757, 761, n.2 (8th Cir. 2005) (court may take judicial notice of public records). Plaintiff has an obligation to keep the court informed of his current address at all times. *See* NEGenR 1.3(e) and (g) (requiring pro se parties to adhere to local rules and inform the court of address changes within 30 days). This case cannot be prosecuted in this court if Plaintiff's whereabouts remain unknown.

    IT IS THEREFORE ORDERED that: Plaintiff shall have 30 days to apprise the court of his current address. Failure to do so will result in dismissal of this matter without prejudice and without further notice. The clerk of the court is directed to set a pro se case management deadline in this case using the following text: August 12, 2015, check for address; dismiss if no update.

    DATED this 14th day of July, 2015.

                                              BY THE COURT:

                                              s/ Joseph F. Bataillon
                                              Senior United States District Judge